# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 31, 2020

## NO. 03-20-00372-CR

## Ex parte Michael Tucker

### APPEAL FROM THE 390TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, TRIANA, AND SMITH
### REVERSED AND RENDERED -- OPINION BY JUSTICE TRIANA

This is an appeal from the district court's order denying Michael Tucker's pretrial application for writ of habeas corpus. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's order. Therefore, the Court reverses the district court's order denying Tucker's pretrial application for writ of habeas corpus and remands this cause to the district court for further proceedings consistent with this opinion. Because appellee is indigent and unable to pay costs, no adjudication of costs is made.